**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
John R. Whitefleet, SBN 213301
jwhitefleet@porterscott.com
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorney for Defendants PATRICK WITHROW, SAN JOAQUIN COUNTY SHERIFF'S DEPARTMENT; COUNTY OF SAN JOAQUIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES FRYE, an individual, | CASE NO. 2:22-cv-01111-JAM-AC |
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO FIRST AMENDED COMPLAINT; ORDER |
| v. | |
| PATRICK WITHROW, in his capacity as Sheriff of the County of San Joaquin; SAN JOQUIIN COUNTY SHERIFF'S DEPARTMENT, a public entity, and COUNTY OF SAN JOAQUIN, CALIFORNIA, | Complaint Filed: 06/25/2022<br>First Amended Complaint Filed: 06/28/2022 |
| Defendants. / | |

Plaintiff CHARLES FRYE, in propria persona, hereby STIPULATES and AGREES that Defendants PATRICK WITHROW, SAN JOAQUIN COUNTY SHERIFF'S DEPARTMENT, and COUNTY OF SAN JOAQUIN may have an extension until September 20, 2021 to file a responsive pleading to Plaintiff's First Amended Complaint, in order to allow counsel for Defendants and Plaintiff to meet and confer regarding the First Amended Complaint.  Pursuant to Eastern District Local Rule 144(a) this stipulation requests court approval for an extension of time to respond the complaint. Pursuant to Local Rule 144(b), this is the first such stipulation.  No other extensions of time have been

requested.

**IT IS SO STIPULATED.**

Dated:  July 15, 2022           PORTER SCOTT
                                A PROFESSIONAL CORPORATION

                                By     /s/John R. Whitefleet
                                    John R. Whitefleet
                                    Attorneys for Defendants PATRICK
                                    WITHROW, SAN JOAQUIN COUNTY
                                    SHERIFF'S DEPARTMENT, and
                                    COUNTY OF SAN JOAQUIN


Dated:  July 15, 2022           CHARLES FRYE


                                /s/ Charles Frye (authorized on July 15, 2022)
                                Charles Frye


## **ORDER**

The Court, having reviewed the above stipulation and request, finds and orders as follows:

The parties' joint request to continue the responsive pleading due date is granted. Defendants have up to and including September 20, 2022 to respond to the First Amended Complaint.

**IT IS SO ORDERED.**

Dated:  July 15, 2022           /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT COURT JUDGE