**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
John R. Whitefleet, SBN 213301
jwhitefleet@porterscott.com
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorney for Defendants PATRICK WITHROW, SAN JOAQUIN COUNTY SHERIFF'S DEPARTMENT; COUNTY OF SAN JOAQUIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES FRYE, an individual, <br><br> Plaintiff, <br><br> v. <br><br> PATRICK WITHROW, in his capacity as Sheriff of the County of San Joaquin; SAN JOQUIIN COUNTY SHERIFF'S DEPARTMENT, a public entity, and COUNTY OF SAN JOAQUIN, CALIFORNIA, <br><br> Defendants. | CASE NO. 2:22-cv-01111-JAM-AC <br><br> STIPULATION FOR PARTIAL DISMISSAL OF DEFENDANTS SAN JOAQUIN COUNTY SHERIFF'S DEPARTMENT and COUNTY OF SAN JOAQUIN AND SECOND AND THIRD CLAIMS FOR RELIEF <br><br> Complaint Filed: 06/25/2022 <br> First Amended Complaint Filed: 06/28/2022 |

Plaintiff CHARLES FRYE, in propria persona, hereby STIPULATES and AGREES that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendants SAN JOAQUIN COUNTY SHERIFF'S DEPARTMENT and COUNTY OF SAN JOAQUIN are dismissed as parties. Plaintiff further agrees that the second and third claims for relief as against Sheriff PATRICK WITHROW are also dismissed.

**IT IS SO STIPULATED.**

///

Dated: September 8, 2022

PORTER SCOTT
A PROFESSIONAL CORPORATION

By <u>/s/John R. Whitefleet</u>
John R. Whitefleet
Attorneys for Defendants PATRICK WITHROW, SAN JOAQUIN COUNTY SHERIFF'S DEPARTMENT, and COUNTY OF SAN JOAQUIN

Dated: September 8, 2022

CHARLES FRYE

<u>/s/ Charles Frye (authorized on 09/07/22)</u>
Charles Frye

{02796861.DOCX}

2
STIPULATION FOR PARTIAL DISMISSAL