**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
John R. Whitefleet, SBN 213301
jwhitefleet@porterscott.com
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorney for Defendant PATRICK WITHROW

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES FRYE, an individual, | CASE NO. 2:22-cv-01111-JAM-AC |
| Plaintiff, | **DEFENDANT PATRICK WITHROW'S ANSWER TO FIRST AMENDED COMPLAINT** |
| v. | |
| PATRICK WITHROW, in his capacity as Sheriff of the County of San Joaquin; SAN JOQUIIN COUNTY SHERIFF'S DEPARTMENT, a public entity, and COUNTY OF SAN JOAQUIN, CALIFORNIA, | Complaint Filed: 06/25/2022<br>First Amended Complaint Filed: 06/28/2022 |
| Defendants. | |

Defendant PATRICK WITHROW answers Plaintiff's First Amended Complaint (FAC), ECF No. 4, as follows.

**INTRODUCTION**

1. Answering paragraphs 1 and 2, this answering Defendant contends these paragraphs contain assertions and/or conclusions of law and not averments of fact to which an answer may be required, but insofar as a response is deemed required, Defendant generally and specifically denies the allegations contained in these paragraphs

///

## JURISDICTION AND VENUE

2. Answering paragraphs 3, 4, and 5, this answering Defendant contends these paragraphs contain assertions and/or conclusions of law and not averments of fact to which an answer may be required, but insofar as a response is deemed required, Defendant generally and specifically denies the allegations contained in these paragraphs.

## THE PLAINTIFF

3. Answering paragraph 6, this answering Defendant admits Plaintiff is a member of the State Bar of California. Answering the remaining allegations in this paragraph, Defendant lacks sufficient knowledge or information that enables him to answer the remaining allegations contained in said paragraph, and basing his denial on that ground, generally and specifically denies each and every remaining allegation contained in said paragraph.

4. Answering paragraphs 7, 8, 9, and 10, this answering Defendant lacks sufficient information and knowledge to enable him to answer the allegations contained in said paragraphs, and basing his denial on that ground, generally and specifically denies each and every allegation contained in said paragraphs.

5. Answering paragraph 11, this answering Defendant generally and specifically denies each and every allegation contained in said paragraph.

## THE DEFENDANTS

6. Answering paragraph 12, this answering Defendant contends this paragraph contains assertions and/or conclusions of law and not averments of fact to which an answer may be required, but insofar as a response is deemed required, Defendant generally and specifically denies the allegations contained in this paragraph.

7. Answering paragraphs 13 and 14, this answering Defendant contends these paragraphs do not require an answer based on the dismissal (ECF Nos. 7 and 8), but insofar as a response is deemed required, Defendant generally and specifically denies the allegations contained in these paragraphs.

## REGULATIONS

8. Answering paragraphs 15, 16, 17 and 18, this answering Defendant contends these paragraphs contain assertions and/or conclusions of law and not averments of fact to which an answer

may be required, but insofar as a response is deemed required, Defendant generally and specifically denies the allegations contained in these paragraphs.

### SECOND AND FOURTEENTH AMENDMENTS

9. Answering paragraphs 19, 20, 21, 22, 23, 24, and 25, this answering Defendant contends these paragraphs contain assertions and/or conclusions of law and not averments of fact to which an answer may be required, but insofar as a response is deemed required, Defendant generally and specifically denies the allegations contained in these paragraphs.

### STATE PREMPTION

10. Answering paragraphs 26 and 27, this answering Defendant contends these paragraphs contain assertions and/or conclusions of law and not averments of fact to which an answer may be required, but insofar as a response is deemed required, Defendant generally and specifically denies the allegations contained in these paragraphs.

### FACTS COMMON TO ALL CLAIMS

11. Answering paragraphs 28, 29, and 30, this answering Defendant lacks sufficient information and knowledge to enable him to answer the allegations contained in said paragraphs, and basing his denial on that ground, generally and specifically denies each and every allegation contained in said paragraphs.

12. Answering paragraph 31, this answering Defendant admits he was elected as Sheriff. Answering the remaining allegations, insofar as the allegations are vague as to time, contain incomplete quotes, or contains assertions and/or conclusions of law and not averments of fact to which an answer may be required, but insofar as a response is deemed required, Defendant lacks sufficient information and knowledge to enable him to answer the remaining allegations contained in said paragraph, and basing his denial on that ground, generally and specifically denies each and every remaining allegation contained in said paragraph.

13. Answering paragraph 32, this answering Defendant admits Plaintiff applied for a concealed carry permit in 2020. Answering the remaining allegations, Defendant lacks sufficient information and knowledge to enable him to answer the remaining allegations contained in said paragraph, and basing his denial on that ground, generally and specifically denies each and every

remaining allegation contained in said paragraph.

14.    Answering paragraph 33, this answering Defendant admits Plaintiff was requested to provide proof of his 4 hour training course. Answering the remaining allegations, Defendant lacks sufficient information and knowledge to enable him to answer the remaining allegations contained in said paragraph, and basing his denial on that ground, generally and specifically denies each and every remaining allegation contained in said paragraph.

15.    Answering paragraph 34, this answering Defendant admits Plaintiff's CCW permit was suspended and that Plaintiff was requested to return the permit, to which Plaintiff complied. Answering the remaining allegations, Defendant lacks sufficient information and knowledge to enable him to answer the remaining allegations contained in said paragraph, and basing his denial on that ground, generally and specifically denies each and every remaining allegation contained in said paragraph.

16.    Answering paragraph 35, this answering Defendant generally and specifically denies each and every allegation contained in said paragraph.

17.    Answering paragraphs 36, 37, and 38, this answering Defendant lacks sufficient information and knowledge to enable him to answer the allegations contained in said paragraphs, and basing his denial on that ground, generally and specifically denies each and every allegation contained in said paragraphs.

18.    Answering paragraphs 39 and 40, this answering Defendant generally and specifically denies each and every allegation contained in said paragraphs.

19.    Answering paragraphs 41, 42, 43, 44, 45, and 46, this answering Defendant admits that Plaintiff requested an appeal before him, which took place on December 13, 2021. Answering the remaining allegations, Defendant lacks sufficient information and knowledge to enable him to answer the remaining allegations contained in said paragraphs, and basing his denial on that ground, generally and specifically denies each and every remaining allegation contained in said paragraphs.

20.    Answering paragraph 47, this answering Defendant admits that Plaintiff's CCW permit was revoked. Answering the remaining allegations, generally and specifically denies each and every remaining allegation contained in said paragraph.

///

21. Answering paragraph 48, this answering Defendant generally and specifically denies each and every allegation contained in said paragraph.

22. Answering paragraphs 49 and 50, this answering Defendant lacks sufficient information and knowledge to enable him to answer the allegations contained in said paragraphs, and basing his denial on that ground, generally and specifically denies each and every allegation contained in said paragraphs.

**Defendants Issuance Policy**

23. Answering paragraphs 51 and 52, this answering Defendant generally and specifically denies each and every allegation contained in said paragraphs.

24. Answering paragraph 53, this answering Defendant contends this paragraph contain assertions and/or conclusions of law and not averments of fact to which an answer may be required, but insofar as a response is deemed required, Defendant generally and specifically denies the allegations contained in this paragraph.

**The plaintiff**

25. Answering paragraphs 54, 55, 56, this answering Defendant contends these paragraphs contain assertions and/or conclusions of law and not averments of fact to which an answer may be required, but insofar as a response is deemed required, Defendant lacks sufficient information and knowledge to enable him to answer the allegations contained in said paragraphs, and basing his denial on that ground, generally and specifically denies each and every allegation contained in said paragraphs.

**Right to Bear Arms**

26. Answering paragraph 57, this answering Defendant contends this paragraph contain assertions and/or conclusions of law and not averments of fact to which an answer may be required, but insofar as a response is deemed required, Defendant generally and specifically denies the allegations contained in this paragraph.

///
///
///
///

## FIRST CLAIM FOR RELIEF

## VIOLATION OF RIGHT TO KEEP AND BEAR ARMS

## U.S. CONSTITUTION SECOND AMENDMENT &

## FOURTEENTH AMENDMENT

## 42 U.S.C. §1983

### Against All Defendants

27. Answering paragraph 58, this answering Defendant incorporates the responses to the allegations set forth in the preceding paragraphs as if fully set forth herein.

28. Answering paragraphs 59 and 60, this answering Defendant generally and specifically denies each and every allegations contained in these paragraphs.

## SECOND CLAIM FOR RELIEF

## EQUAL PROTECTION

## U.S. CONSTITUTION FOURTEENTH AMENDMENT

## 42 U.S.C. §1983

### Against All Defendants

29. Answering paragraph 61, this answering Defendant incorporates the responses to the allegations set forth in the preceding paragraphs as if fully set forth herein.

30. Answering paragraphs 62 and 63, this answering Defendant contends no response is required insofar as this claim has been dismissed but insofar as a response is required, generally and specifically denies each and every allegations contained in these paragraphs.

## THIRD CLAIM FOR RELIEF

## VIOLAION OF PENAL CODE 12050

## 42 U.S.C. §1983

### Against All Defendants

31. Answering paragraph 64, this answering Defendant incorporates the responses to the allegations set forth in the preceding paragraphs as if fully set forth herein.

///

///

32. Answering paragraphs 65, 66, and 67, this answering Defendant contends no response is required insofar as this claim has been dismissed but insofar as a response is required, generally and specifically denies each and every allegations contained in these paragraphs.

## FOURTH CLAIM FOR RELIEF

## DECLARATORY RELIEF

## 28 U.S.C. §2201 et seq.

### Against All Defendants

33. Answering paragraph 68, this answering Defendant incorporates the responses to the allegations set forth in the preceding paragraphs as if fully set forth herein.

34. Answering paragraphs 69, 70, 71, 72, and 73, this answering Defendant contends no response is required insofar as this is a prayer, not a claim, but insofar as a response is required, generally and specifically denies each and every allegations contained in these paragraphs.

## SEVENTH [SIC] CLAIM FOR RELIEF

## INJUNCTIVE RELIEF

### Against all Defendants

35. Answering paragraph 74, this answering Defendant incorporates the responses to the allegations set forth in the preceding paragraphs as if fully set forth herein.

36. Answering paragraphs 75, 76, 77, and 78, this answering Defendant contends no response is required insofar as this is a prayer, not a claim, but insofar as a response is required, generally and specifically denies each and every allegation contained in these paragraphs.

## **AFFIRMATIVE DEFENSES**

1. As to claims for injunctive or declaratory relief, Plaintiff lacks standing and/or there is no pending case or controversy to adjudicate.

2. Defendant is informed and believes, and on that basis, alleges that Plaintiff's claims, and each of them, are barred by the equitable doctrines of estoppel, waiver, unclean hands and latches.

///

///

WHEREFORE, Defendant prays for judgment as follows:

1. That Plaintiff's action be dismissed;
2. That Plaintiff take nothing by way of their Complaint;
3. That Defendant be awarded its costs of suit, including attorney fees; and
4. For such other relief as the Court deems proper.

Dated: September 20, 2022

PORTER SCOTT
A PROFESSIONAL CORPORATION

By   /s/ John R. Whitefleet
     Carl L. Fessenden
     John R. Whitefleet
     Attorneys for Defendant