**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
John R. Whitefleet, SBN 213301
jwhitefleet@porterscott.com
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorney for Defendant PATRICK WITHROW

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES FRYE, an individual, | CASE NO. 2:22-cv-01111-JAM-AC |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| PATRICK WITHROW, in his capacity as Sheriff of the County of San Joaquin; SAN JOQUIIN COUNTY SHERIFF'S DEPARTMENT, a public entity, and COUNTY OF SAN JOAQUIN, CALIFORNIA, | Complaint Filed: 06/25/2022<br>First Amended Complaint Filed: 06/28/2022 |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 26(f), E.D. Cal. L.R. 240, the Minute Order dated October 28, 2022, (ECF No. 10), Plaintiff CHARLES FRYE, in propria persona, and Defendant Sheriff PATRICK WITHROW submit the following Joint Status Report.

**A.   Status of service of process on parties not yet served**

The named parties have been served or have answered or dismissed.

**B.   Possible Joinder of Additional Parties**

The parties do not anticipate the joinder of additional parties.

{02845662.DOCX}
1
JOINT STATUS REPORT

C. **Anticipated amendment of Pleadings.**

The parties do not anticipate the amendment of pleadings.

D. **The basis for jurisdiction and Venue**

Jurisdiction is based on 28 U.S.C. §§ 1331 and 42 U.S.C. § 1983. Venue is based on 28 U.S.C. § 1391(b)(2).

E. **Anticipated motions and the scheduling of motions**

Defendants anticipate filing a motion for summary judgment/adjudication.

F. **Anticipated and outstanding discovery**

The parties anticipate written discovery, depositions, and possible expert discovery.

G. **Discovery Plan**

**1) Changes in timing, form, or requirement for disclosures under Rule 26(a), including a statement as to when disclosures under Rule 26(a)(1) were or will be made.**

The parties do not request any changes concerning disclosures under Rule 26(a) and submit that initial disclosures under Rule 26(a)(1) should be made 30 days after issuance of a Pre-Trial Scheduling Order.

**2) Subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to particular issues.**

The parties submit that phasing or limitations of discovery other than as set out in Rule 26 is not necessary.

**3) What changes should be made in limitations on discovery.**

None.

H. **Scheduling of future proceedings, including cut-off dates for discovery, law and motion, and scheduling of pretrial conference and trial**

The parties request that the schedule be set only through dispositive motions and that a trial date be set only after said motion has been decided. If the court is inclined to include trial dates, the parties suggest the following timing and completion dates:

///

| Deadline | The parties suggest: |
|---|---|
| Non-Expert Discovery Cutoff | January 12, 2024 |
| Expert Disclosure | February 23, 2024 |
| Disclosure for Rebuttal Experts | March 15, 2024 |
| Expert Discovery Cutoff | April 26, 2024 |
| LDF&S Dispositive Motions | June 7, 2024 |
| Pretrial Conference | October 4, 2024 |
| Trial | November 4, 2024 |

I. **Estimate of Trial Time**

The parties estimate 3-4 court days.

J. **Appropriateness of Special Procedures**

None anticipated.

K. **Modification of standard pretrial procedures**

None.

L. **Related Cases**

The parties are not aware of related cases within the meaning of Local Rule 123.

M. **Settlement Conference**

The parties suggest that a court-ordered settlement conference would be best scheduled at a later date, after discovery has commenced and possibly after it has closed.

Defendant objects to the assigned magistrate judge conducting any settlement conference.

N. **Other Matters**

None.

Respectfully submitted,

Dated: November 9, 2022

PORTER SCOTT
A PROFESSIONAL CORPORATION

By  /s/John R. Whitefleet
    John R. Whitefleet
    Attorneys for Defendant PATRICK WITHROW

{02845662.DOCX}

3

JOINT STATUS REPORT

Dated:  November 9, 2022

CHARLES FRYE

<u>/s/ Charles Frye (authorized on 11.9.22)</u>
Charles Frye