**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
John R. Whitefleet, SBN 213301
jwhitefleet@porterscott.com
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorney for Defendant PATRICK WITHROW

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES FRYE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK WITHROW, in his capacity as Sheriff of the County of San Joaquin; SAN JOQUIIN COUNTY SHERIFF'S DEPARTMENT, a public entity, and COUNTY OF SAN JOAQUIN, CALIFORNIA,<br><br>Defendants. | CASE NO. 2:22-cv-01111-JAM-AC<br><br>**STIPULATION FOR DISMISSAL OF REMAINING CLAIMS AND PARTIES**<br><br>Complaint Filed: 06/25/2022<br>First Amended Complaint Filed: 06/28/2022 |

Plaintiff CHARLES FRYE, in propria person, hereby stipulates and agrees that all remaining claims against all remaining parties are hereby dismissed from this action with prejudice pursuant to Rule 41(a)(1)(A)(ii).   This case may be closed.

Dated: March 9, 2023

By  /s/  Charles Frye (authorized on March 8, 2023)
Charles Frye
Plaintiff

---

1

STIPULATION FOR DISMISSAL

4880-9917-6534 v.1

| | |
|---|---|
| 1 | |
| 2 | Dated:  March 9, 2023 |
| 3 | |

Dated:  March 9, 2023

PORTER SCOTT
A PROFESSIONAL CORPORATION

By  /s/ John R. Whitefleet
      Carl L. Fessenden
      John R. Whitefleet
      Attorneys for Defendant